**CITY OF GAINESVILLE, FLORIDA, Plaintiff-Appellant,**

v.

**ISLAND CREEK COAL SALES CO.; Island Creek Coal Co.; and Enoxy Coal, Inc., Defendants-Appellees.**

No. 85–3025.

United States Court of Appeals, Eleventh Circuit.

Sept. 24, 1985.

M. Stephen Pitt, Merrill S. Schell, Colleen McKinley, Louisville, Ky., Ann Carlin, Asst. City Atty., Gainesville, Fla., for plaintiff-appellant.

---

Kenneth Hart, Tallahassee, Fla., Janet P. Kane, Stephen A. Oxman, David J. Mark, New York City, for defendants-appellees.

Before FAY and JOHNSON, Circuit Judges, and HOFFMAN *, District Judge.

PER CURIAM:

The judgment appealed is AFFIRMED based upon the Order of the District Court dated November 16, 1984, 618 F.Supp. 513.